Opal Henrietta SIMMINGTON and
H. C. Seals, Appellants,

v.

UNITED STATES of America.

No. 15107.

United States Court of Appeals
Eighth Circuit.

June 30, 1954.

Ben Shaver and Boyd Tackett, Texarkana, Ark., for appellant Opal Henrietta Simmington.

Charles W. Atkinson, U. S. Atty., Fort Smith, Ark., for appellee.

Appeal of appellant Opal Henrietta Simmington from District Court dismissed without taxation of costs in favor of any of the parties, on stipulation of counsel.

CARNATION COMPANY, Appellant,

v.

UNITED STATES of America.

No. 14953.

United States Court of Appeals
Eighth Circuit.

June 8, 1954.

Byron Spencer, Joseph J. Kelly, Jr., and Spencer, Fane, Britt & Browne, Kansas City, Mo., for appellant.

Warren E. Burger, Asst. Atty. Gen., Paul A. Sweeney, Chief, Appellate Section, Dept. of Justice, Morton Hollander, Atty., Dept. of Justice, Washington, D. C., and Edward L. Scheufler, U. S. Atty., Kansas City, Mo., for appellee.

Appeal from District Court dismissed, on motion of appellant.

ALBERS MILLING COMPANY,
Appellant,

v.

UNITED STATES of America.

No. 14952.

United States Court of Appeals
Eighth Circuit.

June 8, 1954.

Byron Spencer, Joseph J. Kelly, Jr., and Spencer, Fane, Britt & Browne, Kansas City, Mo., for appellant.

Warren E. Burger, Asst. Atty. Gen., Paul A. Sweeney, Chief, Appellate Section, Department of Justice, Morton Hollander, Atty., Department of Justice, Washington, D. C., and Edward L. Scheufler, U. S. Atty., Kansas City, Mo., for appellee.

Appeal from District Court dismissed, on motion of appellant.

Hyman COHEN, an Individual, Doing
Business as American Footwear Co.,
Bankrupt, Appellant,

v.

J. J. MICKELSON, as Trustee in Bankruptcy of Hyman Cohen, etc., et al.

No. 15036.

United States Court of Appeals
Eighth Circuit.

June 15, 1954.

Seth Lundquist, Minneapolis, Minn., for appellant.

Joe A. Walters, Melvin H. Siegel and Charles H. Halpern, Minneapolis, Minn., for appellees.

Judgment of District Court appealed from affirmed with taxable costs and damages against appellant, on motion of appellees to dismiss or affirm.